# ELECTRONIC RECORD

1028-14

COA # 03-13-00701-CR          OFFENSE: 38.04

STYLE: Johnny Ferris aka Johnny Wayne
Ferris v. The State of Texas          COUNTY: Tom Green

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 51st District Court

DATE: 06/24/14          Publish: NO   TC CASE #:   A-13-0162-SB


# IN THE COURT OF CRIMINAL APPEALS

STYLE: Johnny Ferris aka Johnny Wayne
Ferris v. The State of Texas          CCA #: 1028-14

PRO SE          Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: November 26, 2014          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**